```
Nancy K. McCombs, CSBN 163629
12 Geary Street, Suite #201
San Francisco, California 94108
Telephone: (415) 678-2626
Email: abelmccombs@gmail.com

Attorney for Plaintiff
Feliciano Castro
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIANA CASTRO,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 2:24-cv-00983-DB<br><br>REQUEST EXTENDING TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND AND ~~PROPOSED~~ ORDER.<br>(Plaintiff's Third Extension Request) |

   Plaintiff, by her undersigned attorney, requests a 7-day extension of time from July 22, 2024, to and including July 29, 2024, in which to move for summary judgment. This is Plaintiff's third extension request. Plaintiff seeks additional time because Plaintiff's counsel recently fractured her pelvis and is recovering. Plaintiff requests that all other dates be extended according. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings.

                                              Respectfully submitted,


DATED:   July 22, 2024         By:    */s/ Nancy McCombs*
                                       NANCY McCOMBS,
                                       Attorney for Plaintiff

-1-

-2-

## ORDER

IT IS SO ORDERED: Having reviewed the request above, the court ORDERS it is granted. Plaintiff's prior requests for extension of time (ECF Nos. 11, 12) are also granted. Plaintiff's counsel is directed to review Local Rule 144 on extending time, extensions on stipulation, and ex parte extensions.

Dated:  July 29, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
cast24cv983.eot